IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50351
Summary Calendar
_____

CEWILLA JOHNSON,

Plaintiff-Appellant,

versus

SHIRLEY S. CHATER,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

- - - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-94-CV-392
- - - - - - - - - - -
December 4, 1996
Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

Cewilla Johnson appeals from the district court's judgment affirming the denial of her application for disability insurance benefits and supplemental security income. She argues that substantial evidence did not exist to support the finding that her mental impairment was not severe and that the administrative law judge failed to properly address her medical diagnosis of schizophrenia. We have reviewed the record and find no reversible error. Accordingly, the judgment is AFFIRMED for

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

essentially the reasons stated by the district court.  <u>See</u>

<u>Johnson v. Chater</u>, No. A-94-CA-392-SS (W.D. Tex. Apr. 22, 1996).

AFFIRMED.